UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
PATRICIA MARK,                          : 08 Civ. 8330 (RMB) (JCF)
                                        :
              Plaintiff,                : O R D E R
                                        :
      - against -                       :
                                        :
THE CITY OF NEW YORK, and DETECTIVE     :
"JOHN" REILLY,                          :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

This case having been referred to me for general pretrial supervision, it is hereby ORDERED that a pretrial conference shall be held by telephone on May 21, 2009 at 9:00 a.m.; plaintiff's counsel shall make the arrangements and call into the Court with all parties on the line.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          May 14, 2009

Copies mailed this date:

Jon L. Norinsberg, Esq.
Law Offices of Jon L. Norinsberg
225 Broadway, Suite 2700
New York, New York 10007

Steven R. Payne, Esq.
Assistant Corporation Counsel
100 Church Street, Room 4212
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

1